# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DWAYNE ANDERSON,

        Petitioner

        v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY; OFFICE OF
JUDICIAL RECORDS,

        Respondents

:  No. 132 EM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and Prohibition is **DENIED**.